AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MICHAEL P. ANSELMO,

    Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

                       CASE NUMBER: **3:07-CV-00204-JCM-RAM**

DON HELLING, et al.,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss (doc. #19) is GRANTED. Plaintiff's claims are, therefore, dismissed without prejudice.

   November 21, 2008                         **LANCE S. WILSON**
                                                            Clerk

                                                          D. R. Morgan
                                                        Deputy Clerk